```
BENJAMIN B. WAGNER
United States Attorney
ANNE E. PINGS (Cal. State Bar No. 151624)
Special Assistant United States Attorney
500 "I" Street
Sacramento, California 95814
Telephone: (213) 894-7407
E-mail: anne.pings@usdoj.gov
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Respondent,<br><br>    v.<br><br>KAMALJIT S. KHERA,<br><br>    Movant. | No. CR-03-0103-EFB<br><br>ORDER SETTING DATE FOR SUBMISSION OF STATUS REPORT REGARDING EVIDENTIARY HEARING ON DEFENDANT'S MOTION FILED UNDER 28 U.S.C. § 2255 |

Having reviewed the stipulation submitted by counsel for the Movant and Respondent in this matter, the Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support setting a date of March 1, 2013, for the parties to submit a status memorandum regarding proposed settlement of this matter.

January 31, 2013
_____
DATE

_____
THE HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE